PAUL GALLIGAN
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
212-218-5500
Attorneys for Defendant
DeVry University, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------x

STEVEN MONDESTIN

               Plaintiff,

   v.

DEVRY COLLEGE OF NEW YORK

              Defendant.

----------------------------------------x

Civil Action No. 10-CV-5776 (SLT/SMG)

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

     Pursuant to Fed. R. Civ. P. 7.1., Defendant DeVry University, Inc. d/b/a DeVry College of New York,[1] states that its parent corporation is DeVry Inc., and that no publicly held corporation holds more than 10% of DeVry Inc.'s stock.

---

[1] Plaintiff incorrectly named DeVry's doing business as name as the defendant in this case.

Dated: New York, New York
February 9, 2011

                                    SEYFARTH SHAW LLP

                                    /s/ Paul H. Galligan
                                    Paul H. Galligan
                                    620 Eighth Avenue
                                    New York, New York  10018
                                    Phone:  (212) 218-5500
                                    Fax:  (212) 218-5526

## CERTIFICATE OF SERVICE

I certify that on February 9, 2011, I caused Defendant's Rule 7.1 Corporate Disclosure Statement to be filed using the Court's CM/ECF electronic filing system, and served a copy of the above-referenced document by first class mail, postage prepaid to:

>Steven Mondestin
>147 West 26th Street
>Bayonne, New Jersey 07002

>/s/ Paul H. Galligan
>Paul H. Galligan

Case 1:10-cv-05776-SLT -SMG   Document 4   Filed 02/09/11   Page 3 of 3